# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DONTAE MATHIS,<br><br>  Plaintiff,<br><br>v.<br><br>PETER THUNELL, et al.,<br><br>  Defendants. | Case No. 2:23-cv-00364-RFB-NJK<br><br>**ORDER**<br><br>[Docket No. 4] |

Pending before the Court is Plaintiff's motion to extend the deadline to file a complete application to proceed *in forma pauperis*. Docket No. 4. Plaintiff submits an extension is necessary because the Nevada Department of Corrections has yet to return to him a signed inmate account statement. *Id.* For good cause shown, the Court **GRANTS** Plaintiff's motion to extend the deadline to file a complete application to proceed *in forma pauperis*. Docket No. 4. Plaintiff must file a complete application to proceed *in forma pauperis* or make the necessary arrangements to pay the filing fee for this case no later than May 15, 2023.

IT IS SO ORDERED.

Dated: April 7, 2023

_____
Nancy J. Koppe
United States Magistrate Judge