## UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

DONTAE MATHIS,

    Plaintiff,

v.

PETER THUNELL, et al.,

    Defendants.

Case No. 2:23-cv-00364-RFB-NJK

**ORDER**

Plaintiff is proceeding in this action *pro se* and submitted a complaint to initiate this case. Docket No. 1. The Court ordered Plaintiff to submit a completed application to proceed *in forma pauperis*. Docket No. 3. Plaintiff now submits the required financial certificate and inmate account statement. Docket No. 8. Plaintiff fails, however, to include the completed application to proceed *in forma pauperis* itself. *See id.* Accordingly, Plaintiff is **ORDERED** to submit a complete application to proceed *in forma pauperis* no later than May 18, 2023. Plaintiff does not need to resubmit a signed financial certificate or inmate account statement.

IT IS SO ORDERED.

Dated: April 18, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1